## United States District Court
### For The Western District of North Carolina

**FILED**
**ASHEVILLE, N. C.**
**MAY 0 2 2005**
**U.S. DISTRICT COURT**
**W. DIST. OF N. C.**

UNITED STATES OF AMERICA

V.

JAMES LYLE HATFIELD

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:02m100

Don Patten
Defendant's Attorney

**THE DEFENDANT:** See Attached Judgment Dated October 22, 2002

**MAY 02, 2005 - RECALLED** - for probation revocation hearing. The Court after hearing the evidence revokes the probationary judgment and enters the following:
That the defendant be imprisoned for ELEVEN (11) MONTHS.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: May 02, 2005

Signature of Judicial Officer

Date: May 2, 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal