AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

JAMES LYLE HATFIELD

FILED
ASHEVILLE, N. C.

MAY - 4 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

**AMENDED**
JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:02m100

Donald Patten
Defendant's Attorney

**SEE ATTACHED JUDGMENT DATED OCTOBER 04, 2004**

**MAY 02, 2005 - RECALLED** - for probation revocation hearing. The Court after hearing the evidence revokes the probationary judgment and enters the following:

**That the defendant be imprisoned for ELEVEN (11) MONTHS.**

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: May 02, 2005

Signature of Judicial Officer

Date: May 3, 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal



RECEIVED MAY - 3 2005